Harriet S. Rumsey et al., Respondents, *v.* New York and
New England Railroad Company, Appellant.

(Argued January 27, 1893; decided February 10, 1893.)

Appeal from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made February 15, 1892, which affirmed a judgment in
favor of plaintiffs, entered upon a decision of the court on
trial at Special Term.

*Walter C. Anthony* for appellant.

*H. H. Hustis* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.